# EXHIBIT A

Case 1:26-cv-22329-RKA   Document 16-1   Entered on FLSD Docket 06/29/2026   Page 2 of 4

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| ROC NATION LLC, a Delaware Limited Liability Company, | Index No. _____ |
| Plaintiff, | **SUMMONS WITH NOTICE** |
| -against- | JURY TRIAL DEMANDED |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, | |
| Defendant. | |

**TO THE ABOVE NAMED DEFENDANT:**

**PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to appear in this action by serving a notice of appearance on the Plaintiff's attorney within twenty (20) days after the service of this summons, exclusive of the day of service, or within thirty (30) days after completion of service where service is made in any other manner than by personal delivery within the state; and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded.

**YOU ARE HEREBY NOTIFIED THAT** the nature and object of this action and the relief sought is as follows: Plaintiff Roc Nation LLC ("Roc Nation" or "Plaintiff") brings this action against Defendant New York Marine and General Insurance Company ("NYM" or "Defendant") for, among other things, (1) NYM's breach of its insurance policies[1] issued to Roc Nation by its refusal to honor its coverage obligations for the action entitled *Demoree Hadley v.*

---

[1] Roc Nation contracted with NYM for a commercial general liability policy with effective dates November 1, 2023 to September 25, 2024, bearing the Policy Number of PK202300022013 (the "CGL Policy"). NYM also issued an umbrella-excess liability policy, effective from November 1, 2023 to September 25, 2024, policy number UM 202300009440 (the "Excess Policy") (collectively with the CGL Policy, the "Policies"). The terms of the Policies are incorporated by reference herein.

1

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)

NYSCEF DOC. NO. 1

INDEX NO. UNASSIGNED

RECEIVED NYSCEF: 06/28/2026

Case 1:26-cv-22329-RKA   Document 16-1   Entered on FLSD Docket 06/29/2026   Page 3 of 4

*Desiree Perez, Roc Nation, et al.*, Case No. 25-cv-22162, in the United States District Court for the Southern District of Florida (the "Underlying Litigation"); (2) NYM's breach of the implied covenant of good faith and fair dealing and direct violation of Section 349 of New York's General Business Law in connection with Roc Nation's claim;[2] and (3) declaratory relief.  Roc Nation brings this action on behalf of itself, its Chief Executive Officer Desiree Perez, and its employee Natalie Anderson (a New York resident) as Insureds under the insurance policies at issue.

Roc Nation seeks, among other things, monetary, actual, compensatory, consequential, special, liquidated and punitive damages in an amount to be proven at trial, but not less than $500,000, plus all recoverable interest, costs, expenses and attorneys' fees, and declaratory judgment.

**TAKE NOTICE THAT** should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded above.

Roc Nation designates New York County as the place of trial pursuant to CPLR 503(a). NYM is an insurer headquartered and incorporated in the State of New York, Roc Nation has its principal place of business in the State of New York, Ms. Perez and Ms. Anderson were employed by Roc Nation at its New York City address at all relevant times, and the Policies were issued to Roc Nation's address in New York City.

Dated: June 28, 2026

---

[2] NYM's handling of Roc Nation's claim contravened several of the unfair claim settlement practices enumerated in § 2601(a) of New York Insurance Law, including by: (i) failing to acknowledge with reasonable promptness Roc Nation's pertinent communications regarding the Insureds' claim; (ii) failing to adopt and implement reasonable standards for the prompt investigation of the claim; (iii) not attempting in good faith to effectuate a prompt, fair, and equitable settlement of a claim in which liability had become reasonably clear; and (iv) compelling the Insureds to institute suit to recover amounts due under the Policies.

2

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)

NYSCEF DOC. NO. 1

INDEX NO. UNASSIGNED

RECEIVED NYSCEF: 06/28/2026

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Benjamin R. Fliegel*

**Benjamin R. Fliegel** (4581781)
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Email: bfliegel@reedsmith.com

**Amber S. Finch** (*pro hac vice* forthcoming)
**Katherine J. Ellena** (*pro hac vice* forthcoming)
515 South Flower Street
Suite 4300
Los Angeles, CA 90071
Telephone: (213) 457-8000
Email: afinch@reedsmith.com
Email: kellena@reedsmith.com

**Jalen M. Brown** (*pro hac vice* forthcoming)
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: (312) 207-1000
Email: jalenbrown@reedsmith.com

*Attorneys for Plaintiff Roc Nation LLC*

3

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.