**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-22329-ALTMAN**

**NEW YORK MARINE AND GENERAL**
**INSURANCE COMPANY**,

     *Plaintiff*,

v.

**DESIREE PEREZ** and **DEMOREE HADLEY**,

     *Defendants.*

_____/

**<u>ORDER</u>**

On April 3, 2026, the Plaintiff filed its Complaint [ECF No. 1] against our two Defendants—Desiree Perez and Demoree Hadley. On July 1, 2026, Perez—but *not* Hadley—filed a Motion to Dismiss (the "MTD") [ECF No. 20], asking that we "dismiss all claims asserted against her"—or, "[i]n the alternative," that we "sta[y] all claims pending resolution of the parallel coverage action styled *Roc Nation LLC v. New York Marine and General Insurance Company*, currently pending in the Supreme Court of the State of New York, County of New York[,] . . . and the underlying action styled *Demoree Hadley v. Desiree Perez, Roc Nation, et al.*, Case No. 25-cv-22162-BLOOM, in the United States District Court in the Southern District of Florida." MTD at 1. The Plaintiff responded by saying that it "will not oppose the . . . request for abstention," that it "intends to make an appearance in the NY action and will litigate its affirmative claims there," and "that any dismissal of the FL action be without prejudice." Response to MTD [ECF No. 21] at 1–2.

Our Plaintiff has also filed a Motion for Judicial Notice [ECF No. 22], noting again that the "request for abstention concerning the instant Florida action is unopposed" and asking that we "take judicial notice" of the Plaintiff's Notice of Appearance and Demand for Complaint "filed on July 20,

2026[,]" in the New York action. Motion for Judicial Notice at 1; *see also* Notice of Appearance [ECF No. 22-1]. Perez, in turn, confirms that she "has no objection to Plaintiff's Motion for Judicial Notice." Notice of No Objection [ECF No. 23] at 1. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Motion for Judicial Notice [ECF No. 22] is **GRANTED**.

2. The Motion to Dismiss [ECF No. 21] is **GRANTED in part** and **DENIED in part**.

3. We **DIRECT** the **Clerk of Court** to **CLOSE** and **STAY** this case.[1]

4. The parties must file a joint status report every **90 days**. All other deadlines are **TERMINATED**.

**DONE AND ORDERED** in the Southern District of Florida on July 22, 2026.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

---

[1] The MTD acknowledges that our Multiple Defendants Order [ECF No. 4] requires all defendants to *jointly* file *any* motions. Still, the MTD notes that "Perez's co-defendant, Ms. Demoree Hadley, has not made an appearance in this action as of the time of the filing of this Motion (despite the Court's Order requiring an appearance within 21-days of service)"; that "counsel for Ms. Perez has been unable to confer with counsel for Ms. Hadley"; and that "the jurisdictional issues raised in th[e] [MTD] are unique to Mrs. Perez." MTD at 1 n.1. Because the Plaintiff doesn't oppose Perez's alternative request to stay the case in its entirety, we'll leave aside for now the issue of Hadley's failure to appear in this action. If the stay is lifted, however, the Plaintiff may move for default judgment against Hadley.